# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| Rodney Rodriguez Brown, | ) | |
| Petitioner/Defendant, | ) | Civil Action No. 12-485-WS |
| v. | ) | Criminal No. 08-173-WS-N |
| United States of America, | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 16, 2013 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this the 13th day of September, 2013.

                                                **s/WILLIAM H. STEELE**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**